# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2070 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 74 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 202187 |
| DANIEL GREGORY SIMMONS, | : | |
| Respondent | : | (Out of State) |

## O R D E R

**PER CURIAM:**

AND NOW, this 10th day of June, 2015, there having been filed with this Court by Daniel Gregory Simmons his verified Statement of Resignation dated May 26, 2015, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Pa.R.D.E. 215, it is

ORDERED that the resignation of Daniel Gregory Simmons is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, retroactive to July 3, 2014; and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).